# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KARL KAMMERER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:24-cv-02182-JAR-BGS |
| | ) |
| **THE UNIVERSITY OF KANSAS,** | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT'S MOTION TO DISMISS

Defendant, the University of Kansas, by and through its attorneys, respectfully moves to dismiss Plaintiff's Complaint in its entirety for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). Plaintiff's claims under the Americans with Disabilities Act of 1990 (Counts 1–2) and the Family and Medical Leave Act of 1993 (Counts 3–4) are all barred by Eleventh Amendment immunity.

WHEREFORE, the University respectfully requests this Court grant its Motion to Dismiss Plaintiff's Complaint in its entirety, and for such other relief as the Court deems just and proper.

Respectfully submitted by,

FOULSTON SIEFKIN LLP

By: */s/ Travis Hanson*
Tara Eberline, KS Bar No. 22576
Travis Hanson, KS Bar No. 27643
7500 College Boulevard, Suite 1400
Overland Park, KS 66210
Tel. 913-253-2136
Fax. 913-498-2101
teberline@foulston.com
thanson@foulston.com

ATTORNEYS FOR DEFENDANT

2

## CERTIFICATE OF SERVICE

  I hereby certify that on May 23, 2024, I electronically filed the above and foregoing with the Clerk of the Court using the Court's Electronic Filing System, which sends notification of such filing to all counsel of record.

                */s/ Travis Hanson*
                Travis Hanson, KS #27643