UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| KARL KAMMERER )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>THE UNIVERSITY OF KANSAS )<br>    Defendant. ) | Case No.: 2:24-CV-2182 |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Karl Kammerer hereby dismisses his claims against Defendant University of Kansas with prejudice, with each party to bear its own costs and fees. There are no remaining claims in this matter.

Respectfully submitted,

**Fagan & Emert, LLC**

/s/Jennifer R. Johnson
Jennifer R. Johnson         #22096
800 New Hampshire St., Ste. 110
Lawrence, KS 66044
(785) 331-0300 – Telephone
(785) 331-0303 – Facsimile
jjohnson@faganemert.com
Attorney for Plaintiff

And

**Foulston Siefkin, LLP**

/s/Tara Eberline
Tara Eberline              #22576
Cameron Bernard            #28228
7500 College Blvd., Ste. 1400
Overland Park, KS 66210
(913) 253-2136 – Telephone
(913) 498-2101 – Facsimile
teberline@foulston.com
cbernard@foulston.com
Attorneys for Defendant

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 20th day of June 2025, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the electronic filing system, which will automatically send notice of such filing to all counsel of record in accordance with the rules.

/s/Jennifer R. Johnson
Jennifer R. Johnson         #22096
